**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000493
07-JUL-2025
08:17 AM
Dkt. 78 OAWST**

NO. CAAP-24-0000493

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

KEAAU DEVELOPMENT PARTNERSHIP LLC.,
Plaintiff/Counterclaim Defendant/Counter-Claimant-Appellee, v.
PATRICK JOHN LAWRENCE, JR. dba PJ'S CONSTRUCTION,
Defendant/Counter-Claimant/Cross-Claimant/
Counterclaim Defendant/Cross-Claim Defendant-Appellant, and
JANEL M. ARAUJO INC.; JANEL ARAUJO,
Defendants/Counterclaim Defendants/
Cross-Claim Defendants-Appellees, and
ROBERT C. SMELKER, Defendant/Cross-Claim Defendant-Appellee, and
ANNALEINE MELICIA REYNOLDS,
Defendant/Cross-Claim Defendant/Counter-Claimant-Appellee, and
LEORA WHITE THOMPSON,
Defendant/Cross-Claim Defendant-Appellee, and
HEIRS OR ASSIGNS OF LEORA WHITE THOMPSON, Defendants-Appellees,
and COUNTY OF HAWAIʻI, Defendant/Cross-Claim Defendant-Appellee,
and JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; DOE TRUSTS 1-10;
AND DOE GOVERNMENTAL AGENCIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CCV-24-0000033)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of the **Amended Stipulation** to Dismiss Appeal, filed June 27, 2025, by Defendant/Counter-Claimant/Cross-Claimant/Counterclaim Defendant/Cross-Claim Defendant-Appellant Patrick John Lawrence, Jr. dba PJ's Construction, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal and bear their own fees and costs; (3) the Amended Stipulation is signed by counsel for all appearing

parties; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Amended Stipulation is approved and the appeal is dismissed.  The parties shall bear their own fees and costs.

IT IS FURTHER ORDERED that all pending motions are dismissed.

IT IS FURTHER ORDERED that the court will take no further action on the April 25, 2025 Order to Show Cause.

DATED:  Honolulu, Hawaiʻi, July 7, 2025.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge